

# NUMBER 13-19-00375-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **MARC ELLIOT VILLARREAL,** | **Appellant,** |
| **v.** | |
| **COMMISSION FOR LAWYER DISCIPLINE,** | **Appellee.** |

### On appeal from the 148th District Court of Nueces County, Texas.

# MEMORANDUM OPINION
### Before Justices Benavides, Hinojosa, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant, Marc Elliot Villarreal, perfected an appeal from a judgment entered in the 148th District Court in Nueces County, Texas, in cause number 2019DCV-2168-E. The parties have now filed a joint motion to dismiss on grounds that all matters in controversy between the parties in this cause have agreed to resolve the controversy by

an agreed judgment. The parties request that this Court dismiss the appeal so the trial court can enter their agreed judgment.

The Court, having considered the documents on file and the motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The motion to dismiss is GRANTED and the appeal is hereby DISMISSED.[1] Costs will be taxed against each party as per their agreement. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
13th day of February, 2020.

---

[1] All pending motions are hereby dismissed as moot.

2